Blanche Seavey, as Administratrix, etc., Respondent, v. Charles P. Hunt, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Estate of Catherine M. Lockwood, an Incompetent Person. Raymond D. Fuller, Former Committee, etc., Appellant; William L. Lockwood and Another, as Administrators, etc., and Others, Respondents.— Order affirmed, with costs. All concurred.

Mary Kryzscien, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Peter B. Colgan, Respondent, v. City of Dunkirk, Appellant.— Judgment and order affirmed, with costs. All concurred.

John W. Baker, Appellant, v. Town of Grove, Respondent.— Judgment and order affirmed, with costs. All concurred.

Charles Bird, Appellant, v. James W. Sherman and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Charles P. Barnes, Appellant, v. Oliver De Ridder and Another, Respondents. Charles P. Barnes, Appellant, v. Simon H. Agnew and Another, Respondents.— Judgment affirmed, with costs. All concurred.

Julius Schwartz, Respondent, v. Hooker Electro-Chemical Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Hiram Cole, Appellant.— Motion granted and appeal dismissed.

Frank Salerno and Another, Respondents, v. John McKaig and Others, Appellants.— Motion granted and appeal dismissed.

Horace I. Kendall Company, Respondent, v. McGregor Livery and Sales Stable, Inc., Appellant.— Motion granted and appeal dismissed, without costs.

Albrecht Vogt, Appellant, v. Lily B. M. Fenn, as Executrix, etc., Respondent.— Appeal dismissed, without costs, upon stipulation filed.

H. Burt Hagues, Appellant, v. George E. Camp, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Application of the West Canada Lumber Company to Perpetuate the Testimony of a Certain Witness in an Action Entitled West Canada Lumber Company v. Daniel F. Strobel, Individually and as Surviving Partner, etc. (Ada Millington and Others, Appellants.) — Order granting application for examination of John H. Nelson reversed and vacated, and respondent directed to pay one-half of appellants' printing bill, in accordance with stipulation filed.

Vincenzo Bellanca, Appellant, v. Guiseppina C. Cianciolo, Respondent. — Appeal dismissed, without costs, upon stipulation filed.

The People of the State of New York, Respondent, v. Charles Hoeffler, Appellant.— Appeal dismissed upon stipulation filed.